| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | US v. Juan Morales-Martin Del Campo | ) 18-MJ-20115-KSC-BAS |
| 11 | US v. Jesus Soto-Alvarez | ) 18-MJ-20229-BLM-BAS |
| | US v. Benjamin Gatica-Chanito | ) 18-MJ-20417-RNB-BAS |
| 12 | US v. Lizandro Zaragoza-Sanchez | ) 18-MJ-20705-RNB-BAS |
| 13 | US v. Reynaldo Garcia-Heredia | ) 18-MJ-20758-CEA-BAS |
| | US v. Leticia Lopez-Lopez | ) 18-MJ-21020-KSC-BAS |
| 14 | US v. Miguel Angel Delgado-Flores | ) 18-MJ-21025-KSC-BAS |
| 15 | US v. Alvaro Romero-Flores | ) 18-MJ-22130-RNB-BAS |
| | US v. Daniel Alcocer-Mendoza | ) 18-MJ-22267-RBB-BAS |
| 16 | US v. Bernardino Santiago-Morales | ) 18-MJ-22297-RNB-BAS |
| 17 | US v. Juan Maria Ruiz-Zavala | ) 18-MJ-22311-RNB-BAS |
| | US v. Rene Zeferino-Francisco | ) 18-MJ-22568-CEA-BAS |
| 18 | US v. Hugo Isaac Hernandez-Lopez | ) 18-MJ-22596-RNB-BAS |
| 19 | US v. Elfego Mendiola-Esquivel | ) 18-MJ-22719-RNB-BAS |
| | US v. Silvestre Hernandez-Elacio | ) 18-MJ-22820-RNB-BAS |
| 20 | US v. David Daniel Camacho-Guzman | ) 18-MJ-22824-RNB-BAS |
| 21 | US v. Francisco Javier Cabanas-Vela | ) 18-MJ-22843-RNB-BAS |
| | US v. Alfonsa Morelos-Solano | ) 18-MJ-22918-BGS-BAS |
| 22 | US v. Christian Dubon-Castaneda | ) 18-MJ-23023-MSB-BAS |
| 23 | US v. Victor Cruz-Miranda | ) 18-MJ-23217-MDD-BAS |
| | US v. Francisco Alvarez-Alvarez | ) 18-MJ-23337-KSC-BAS |
| 24 | US v. Maribel Rivas-Martinez | ) 18-MJ-2906-RNB-BAS |
| 25 | US v. Oseas Nehemias Cali-Tucubal | ) 18-MJ-3395-RNB-BAS |
| | US v. Francisco Guzman-Martinez | ) 18-MJ-3435-BGS-BAS |
| 26 | US v. Erick Joel Raudales | ) 18-MJ-3552-KSC-BAS |
| 27 | US v. Jose Armando Garcia-Mendoza | ) 19-MJ-20274-MDD-BAS |
| | US v. Gonzalo Aaron Brito-Arzola | ) 19-MJ-20298-RNB-BAS |
| 28 | | ) |

| | |
|---|---|
| US v. Alberto Guzman-Vasquez | ) 19-MJ-20426-KSC-BAS |
| US v. Efrain Rodriguez-Mendoza | ) 19-MJ-20535-JLB-BAS |
| US v. Juan Antonio Ameca-Tlazalo | ) 19-MJ-20595-WVG-BAS |
| US v. Gustavo Santiago-Beteta | ) 19-MJ-20708-RNB-BAS |
| US v. Oscar Perez-Maldonado | ) 19-MJ-20761-RNB-BAS |
| US v. Carlos Manuel Zelaya-Vasquez | ) 19-MJ-21096-RNB-BAS |
| US v. Leodegario De Jesus-Ortega | ) 19-MJ-21252-RNB-BAS |
| US v. Felipe Galvan-Hernandez | ) 19-MJ-21583-FAG-BAS |
| US v. Venancio Gallardo-Rodas | ) 19-MJ-21679-RNB-BAS |
| US v. Fausto Bunay-Tipan | ) 19-MJ-21700-BGS-BAS |
| US v. Fernando Bautista-Regino | ) 19-MJ-21802-BMK-BAS |
| US v. Neri Magdaleno-Arias | ) 19-MJ-21812-BMK-BAS |
| US v. Alejandro Casas-Rosales | ) 19-MJ-22037-RNB-BAS |
| US v. Marcelina Gomez-Gaona | ) 19-MJ-22172-RNB-BAS |
| US v. Jose Luis Zuniga-Bautista | ) 19-MJ-22487-KLS-BAS |
| US v. Evodio Munoz-Olivares | ) 19-MJ-22512-KLS-BAS |
| US v. Orlando Vera-Amador | ) 19-MJ-22595-JSC-BAS |
| US v. Pedro Gatica-Lopez | ) 19-MJ-22614-RNB-BAS |
| US v. Eric Yobani Quiroz-Torres | ) 19-MJ-22748-RNB-BAS |
| US v. Edwin Josue Mendez Romero | ) 19-MJ-22757-FAG-BAS |
| US v. Carlos Castro-Arriaga | ) 19-MJ-22781-FAG-BAS |
| US v. Bernardino Santiago-Morales | ) 18-MJ-22297-RNB-BAS |

**ORDER GRANTING MOTION TO VACATE AND DISMISS**

On the Government's motion, and for good cause shown, the convictions in the above cases are vacated and the charges dismissed without prejudice.

IT IS SO ORDERED.

DATED: 2/25/2020

HON. CYNTHIA BASHANT
United States District Judge